UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ALEIXI RODRIGUEZ ESTEVEZ,
Petitioner,
v.
CHRISTOPHER J. LAROSE,
Respondent.

Case No.: 3:26-cv-6234-CAB-SBC

**ORDER:**
**(1) GRANTING MOTION TO PROCEED IN FORMA PAUPERIS, [Doc. No. 2];**

**(2) DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS; and**

**(2) DENYING MOTION FOR TEMPORARY RESTRAINING ORDER, [Doc. No. 3].**

Petitioner Aleixi Rodriguez Estevez has filed a second petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, [Doc. No. 1 ("Petition")], and two related motions, Doc. Nos. 2–3]. Petitioner has been detained in immigration custody since December 22, 2024 when he was apprehended coming ashore from a boat in Key West, Florida and has a pending appeal with the Board of Immigration Appeals ("BIA") of his merits case. [Petition at 3.]

///

///

**A. Motion to Proceed In Forma Pauperis ("IFP")**

Petitioner has filed a request to proceed IFP which reflects that he has no funds at the facility in which he is presently confined and cannot afford the $5.00 filing fee. [*See* Doc. No. 2.] The Court **GRANTS** Petitioner's application to proceed IFP. The Clerk of the Court shall file the Petition without prepayment of the filing fee.

**B. Petition and Motion for Temporary Restraining Order ("TRO")**

In response to his first petition, the Court ordered that Petitioner receive a bond hearing due to his prolonged detention. [Case No. 26-cv-1038-CAB-SBC at Doc. No. 5.] Petitioner received a bond hearing on April 20, 2026; the immigration judge ("IJ") denied bond due to a risk of flight and Petitioner reserved appeal with the Board of Immigration Appeals ("BIA"). [*Id.* at Doc. No. 10.]

The current Petition raises no new issues that were not addressed via the prior petition and post-petition motion for custody review. [*See* Case No. 26-cv-1038-CAB-SBC at Doc. Nos. 5, 13.][1] A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g., Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023). Therefore, the Court **DISMISSES** the Petition and **DENIES** the motion for a TRO.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: November 4, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

---

[1] Petitioner cites *Padilla v. United States Immigr. & Customs Enf't*, No. 24-2801, 2026 WL 2822044 (9th Cir. Sept. 21, 2026), as an intervening decision relevant to his circumstances. The Court disagrees because, unlike the *Padilla* noncitizens, Petitioner (1) has already received a bond hearing and (2) was apprehended exiting a boat on the beach in Key West, just having arrived from Cuba. [*See* Case No. 26-cv-1038-CAB-SBC at Doc. No. 4-1.]